

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00376-CV

James A. **WINSLOW**,
Appellant

v.

**D.R. HORTON AMERICA'S BUILDER**,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 372383
The Honorable Liza Rodriguez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.  It is ORDERED that appellee, D. R. Horton America's Builder, recover its costs of this appeal from appellant, James A. Winslow.

SIGNED May 29, 2013.

_____
Luz Elena D. Chapa, Justice